In the Matter of JULES A. HENNIG, Respondent, against R. H. COMEY COMPANY, INC., et al., Appellants.— No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of the Estate of MARY KOWALSKY, Deceased. JOHN KOWALSKY, Appellant; FERDINAND D. VIRGILIO, as Executor of MARY KOWALSKY, Deceased, et al., Respondents.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of EDWARD McDONNELL, Respondent, against ABRAM W. SKIDMORE, as Commissioner of the Police Department of the County of Nassau, et al., Appellants.— Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.